472

19 P.3d 613

**REPUBLIC INSURANCE COMPANY,
a Delaware corporation, Plaintiff–
Appellant,**

v.

**Robert Michael FEIDLER and Jane
Doe Feidler, husband and wife,
Defendants–Appellees.**

No. CV–98–0193–PR.

Supreme Court of Arizona.

Feb. 12, 1999.

## ORDER

After hearing oral argument and considering further the pleadings filed, it appears to the Court that the grant of review in this case was improvident. Therefore,

IT IS ORDERED that the order granting review is vacated.

IT IS FURTHER ORDERED that the Petition for Review is denied.

IT IS FURTHER ORDERED that the Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

Vice Chief Justice JONES and Justice McGREGOR dissent from the order denying the Petition for Review.

Justice FELDMAN dissents from the order of depublication.

19 P.3d 613

**STATE of Arizona**

v.

**William Chapman MACH**

No. CR–00–0097–PR.

Supreme Court of Arizona.

Sept. 28, 2000.

The following action was taken by the Supreme Court of the State of Arizona on September 26, 2000, in regard to the above-referenced cause:

ORDERED: Petition for Review DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.